FILED by **KS** D.C.

Aug 25, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-80126-CR-RUIZ/REINHART**
CASE NO. _____

18 U.S.C. § 1956(a)(3)(B)
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

vs.

FRANCISCO JAVIER GUERRA TORRES,

      Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

**COUNT 1-3**
**Money Laundering**
**(18 U.S.C. § 1956(a)(3)(B))**

On or about the dates set forth below as to each count, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**FRANCISCO JAVIER GUERRA TORRES,**

with the intent to conceal and disguise the nature, location, source, ownership and control of property believed to be the proceeds of specified unlawful activity, did knowingly conduct a financial transaction affecting interstate and foreign commerce involving property represented by a law enforcement officer to be proceeds of a specified unlawful activity, that is, fraud in the sale of securities:

1

| Count | Approx. Date of Financial Transaction | Amount | Financial Transaction |
|---|---|---|---|
| 1 | 1/22/21 | $246,250 | Wire transfer from CapStar Bank Account # 5002168 to Bank of America Account # XXXXXXXX9016 |
| 2 | 1/29/21 | $246,250 | Wire transfer from CapStar Bank Account # 5002168 to Bank of America Account # XXXXXXXX9016 |
| 3 | 2/8/21 | $246,250 | Wire transfer from CapStar Bank Account # 5002168 to Bank of America Account # XXXXXXXX9016 |

In violation of Title 18, United States Code, Sections 1956(a)(3)(B) and 2.

**FORFEITURE ALLEGATIONS**

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **FRANCISCO JAVIER GUERRA TORRES,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1956, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

All pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures set forth

in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

FRANCISCO JAVIER GUERRA TORRES,

          Defendant.                    /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

| | |
|---|---|
| Court Division: (Select One) | New defendant(s)  ☐ Yes  ☐ No |
| ☐ Miami  ☐ Key West  ☐ FTL | Number of new defendants _____ |
| ☑ WPB  ☐ FTP | Total number of counts _____ |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**

    List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

    (Check only one)
    - I    0 to 5 days       ☑
    - II   6 to 10 days     ☐
    - III  11 to 20 days   ☐
    - IV  21 to 60 days   ☐
    - V   61 days and over ☐

    (Check only one)
    - Petty         ☐
    - Minor         ☐
    - Misdemeanor   ☐
    - Felony        ☑

6. Has this case previously been filed in this District Court? (Yes or No) **No**

    If yes: Judge _____ Case No. _____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter? (Yes or No) **No**

    If yes: Magistrate Case No. _____

    Related miscellaneous numbers: _____

    Defendant(s) in federal custody as of _____

    Defendant(s) in state custody as of _____

    Rule 20 from the District of _____

    Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

                                                 *Mark Dispoto*
                                                 Mark Dispoto
                                                 Assistant United States Attorney
                                                 Court ID No.    A5501143

*Penalty Sheet(s) attached                                                                               REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>**FRANCISCO JAVIER GUERRA TORRES**</u>

**Counts 1-3:**

<u>       Money Laundering                                                            </u>

<u>       Title 18, United States Code, Section 1956(a)(3)(B)                </u>

**\*Max. Penalty:**  <u>  20 years' imprisonment; 5 years supervised release; $250,000 fine  </u>

---

**\*Refers only to possible term of incarceration, fine, and supervised release term, but does not include possible restitution, special assessments, or forfeitures that may be applicable.**